**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1140**

---

MATTHEW JONES,

Plaintiff - Appellant,

v.

VIRGINIA STATE POLICE; NEWPORT NEWS POLICE,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Patricia Tolliver Giles, District Judge. (1:23-cv-01652-PTG-WEF)

---

Submitted: April 18, 2024                    Decided: April 22, 2024

---

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Matthew Jones, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew Jones appeals the district court's order dismissing his complaint for lack of subject matter jurisdiction and denying as moot his motion for leave to proceed in forma pauperis. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Jones' informal brief does not challenge the subject matter jurisdiction basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*